UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| PAUL LEWIS | CIVIL ACTION |
|---|---|
| VERSUS | |
| | NO. 11-169-JJB-CN |
| AUTO CLUB FAMILY INSURANCE COMPANY | |

### RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated July 6, 2011 (doc. no. 10) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's motion to remand (doc. no. 3) filed by plaintiff, Paul Lewis, is DENIED.

Baton Rouge, Louisiana, August 5, 2011.

_____
JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA